1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10

11    HAROLD PHILLIPS,                 )      NO. CV 23-2268-SSS(E)
                                       )
12              Plaintiff,             )
                                       )
13        v.                           )      ORDER ACCEPTING FINDINGS,
                                       )
14    CALIFORNIA DEPARTMENT OF         )      CONCLUSIONS AND RECOMMENDATIONS
      CORRECTIONS & REHABILITATION,    )
15    ET AL.,                          )      OF UNITED STATES MAGISTRATE JUDGE
                                       )
16              Defendants.            )
      _____)

17

18         Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19    Complaint, all of the records herein and the attached Report and

20    Recommendation of United States Magistrate Judge.  Further, the Court

21    has engaged in a de novo review of those portions of the Report and

22    Recommendation to which any objections have been made.  The Court

23    accepts and adopts the Magistrate Judge's Report and Recommendation.

24

25         IT IS ORDERED that: (1) the Report and Recommendation of the

26    Magistrate Judge is accepted and adopted; (2) the Motion for Default

27    is denied; (3) the Complaint is dismissed with leave to amend; and

28    (4) Plaintiff may file a First Amended Complaint within thirty (30)

1  days of the date of this Order.  Failure timely to file a First

2  Amended Complaint that states a federal claim may result in the

3  dismissal of this action.

4

5      IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of

6  this Order on Plaintiff and on counsel for Defendants.

7

8          DATED: March 20, 2024.

9

10                                 _____
                                       SUNSHINE SUZANNE SYKES
11                                 UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28